# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALEXANDER DE JESUS FIGUEROA-TORRES,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-00103-GMN-MDC<br><br>**ORDER APPOINTING LEARNED COUNSEL** |

　　　　Defendant having been charged with a capital-eligible offense, the court hereby appoints an attorney "learned in the law applicable to capital cases" to represent defendant ALEXANDER DE JESUS FIGUEROA-TORRES pursuant to 18 U.S.C. §§ 3005 and 3599.

　　　　Accordingly,

　　　　IT IS ORDERED that IVETTE MANINGO, Esq. is hereby appointed to represent defendant ALEXANDER DE JESUS FIGUEROA-TORRES as learned counsel in the above captioned case effective February 27, 2024.

　　　　IT IS FURTHER ORDERED that all appointed counsel in this matter shall be compensated at the prevailing maximum rate for CJA counsel in capital proceedings, which is presently $220 per hour, and any increases to the maximum hourly rate for counsel in a capital case shall be applied automatically. *See Guide to Judiciary Policy,* Vol. 7A, § 630.10.10(A).

　　　　IT IS FURTHER ORDERED that if the United States Department of Justice informs this court and the defendant that it will not seek the death penalty as to defendant ALEXANDER DE JESUS FIGUEROA-TORRES, the court may reconsider the number of counsel and the rate of compensation needed for the duration of the proceeding. Pursuant to the *Guide to Judiciary Policy,* Vol. 7A, §§ 630.30.20 and 630.30.30, absent extenuating circumstances, the court will reduce the number of counsel and compensation rate.

　　　　IT IS FURTHER ORDERED that appointed counsel shall consult with Ninth Circuit Case Managing Attorney Suzanne Morris to prepare a litigation budget. *See Guide to Judiciary Policy,* Vol. 7A, § 640. Ms. Morris may be reached at 415-355-8982 or smorris@ce9.uscourts.gov.

IT IS FURTHER ORDERED that an attorney appointed under the Criminal Justice Act, including learned counsel, will be required to apply under Fed. R. Crim. P. 17(b) for the issuance of subpoenas, whether for service within or outside of the District of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witnesses subpoenaed on behalf of the government. The court is satisfied the individual is unable to pay fees and expenses of subpoenaed witnesses and the United States Marshal shall provide such witnesses advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this court shall be sealed, unless otherwise ordered.

IT IS SO ORDERED.

DATED this __4__ day of March 2024.
*Nunc Pro Tunc:* February 27, 2024

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE