LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Email: Lisa@nvlitigation.com; efile@nvlitigation.com

IVETTE A. MANINGO, ESQ.
**LAW OFFICES OF IVETTE AMELBURU MANINGO**
Nevada Bar No. 7076
400 S. Fourth St., Suite 500
Las Vegas, NV 89101
Telephone:  (702) 793-4046
Email:  Iamaningo@iamlawnv.com

*Attorneys for Defendant ALEXANDER FIGUEROA-TORRES*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE LUIS REYNALDO REYES-CASTILLO;<br>DAVID ARTURO PEREZ-MANCHAME; and<br>ALEXANDER DE JESUS FIGUEROA-TORRES,<br><br>    Defendants. | Case No. 2:19-cr-00103-GMN-MDC<br><br>**STIPULATION TO UNSEAL CASE** |

COME NOW the parties, the UNITED STATES OF AMERICA, by and through its counsel, AUSA Melanee Smith; Defendant JOSE LUIS REYNALDO REYES-CASTILLO, by and through his counsel, Richard A. Wright, Monti J. Levy and John P. Balazs; Defendant DAVID ARTURO PEREZ-MANCHAME, by and through his counsel, Michael J. Kennedy and Andrea Luem; and Defendant   ALEXANDER DE JESUS

1

FIGUEROA-TORRES, by and through his counsel, Lisa A. Rasmussen, Esq. and Ivette A. Maningo, and hereby STIPULATE as follows:

The parties agree that no aspect of this case needs to be filed under seal unless there is a particular document that is to be filed under seal by operation of statute, rule or application for permission to file under seal to be determined by the Court.

DATED this 14th day of February, 2025.

_/s/ Melanee Smith_
SUE FAHAMI, Acting United States Attorney D. Nevada
MELANEE SMITH, AUSA
CHRISTOPHER TAYLOR, Trial Attorney
JEREMY I. FRANKER, Trial Attorney
STEVEN ROSE, AUSA

*Attorneys for United States of America*

_/s/ Monti J. Levy_
RICHARD A. WRIGHT, ESQ.
MONTI J. LEVY, ESQ.
JOHN P, BALAZS, ESQ.

*Attorneys for Jose Luis Reynaldo Reyes-Castillo*

_/s/ Michael J. Kennedy_
MICHAEL J. KENNEDY, ESQ.
ANDREA LUEM, ESQ.

*Attorneys for David Arturo Perez-Manchame*

_/s/ Lisa A. Rasmussen_
LISA A. RASMUSSEN, ESQ.
IVETTE A. MANINGO, ESQ.

*Attorneys for Alexander Figueroa-Torres*

## **ORDER**

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that this case shall be unsealed in all aspects other than those portions that are ordinarily filed under seal by operation of statute, rule or order of this Court.

Dated: 2-18-25

_____
The Honorable Maximiliano D. Couvillier III
United States Magistrate Judge

3