UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    vs.<br><br>ALEXANDER DE FIGUEROA-TORRES,<br><br>        Defendant. | Case No.: 2:19-cr-103-GMN-MDC-5<br><br>**ORDER GRANTING DEFENDANT'S MOTIONS TO EXTEND** |

Pending before the Court are the Motions to Extend Time to file a Motion in Limine, (ECF Nos. 257, 269) filed by Defendant Alexander De Figueroa-Torres. In each Motion Defendant Figueroa-Torres requests a one-day extension to file his Motion in Limine. The Government does not oppose the first Motion to Extend, (ECF No. 257), in its Non-Opposition, (ECF No. 258).

**IT IS HEREBY ORDERED** that Defendant's Motions to Extend Time, (ECF Nos. 257, 269), are **GRANTED**. Defendant Figueroa-Torres shall file his Motion in Limine by March 28, 2025.

Dated this __28__ day of March, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court