UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>ALEXANDER DE FIGUEROA-TORRES, *et al*.<br><br>　　　　　　　Defendants. | Case No.: 2:19-cr-103-GMN-MDC<br><br>**ORDER REGARDING MOTIONS IN LIMINE AND RELATED JOINDERS** |

　　　Pending before the Court are several Motions in Limine and related Motions for Joinder filed by Defendants. The Court addresses each Motion in turn.

　　　First pending before the Court is the Motion in Limine to Limit the Number of Murder Scene Photos and Autopsy Photos, (ECF No. 254), filed by Defendant Reyes-Castillo. Defendants Perez-Manchame and Figueroa-Torres filed Motions for Joinder, (ECF Nos. 256, 280). Reyes-Castillo's Memorandum, (ECF No. 287), informs the Court that the Parties met and conferred, determined that the Parties would attempt to agree on the specific photos to be introduced at trial, and would renew this request at trial if no agreement could be reached. Accordingly, the Court DENIES without prejudice the Motion in Limine to Limit the Number of Murder Scene Photos and Autopsy Photos as well as the related Joinders.

　　　Further pending before the Court is the Motion in Limine Regarding the Rule of Completeness, (ECF No. 255), filed by Defendant Reyes-Castillo. Defendant Figueroa-Torres filed a Motion for Joinder, (ECF No. 281). Reyes-Castillo's Memorandum, (ECF No. 288), informs the Court that the Parties met and conferred, determined that the Parties would attempt to agree on whether additional video statements should be admitted at the same time under the

1  rule of completeness, and would renew this request at trial if no agreement could be reached.
2  Accordingly, the Court DENIES without prejudice the Motion in Limine Regarding the Rule of
3  Completeness as well as the related Joinder.

4      Lastly pending before the Court is the Motion in Limine Requesting Unconscious Bias
5  Video Be Shown to Prospective Jurors, (ECF No. 265), filed by Defendant Figueroa-Torres.
6  Defendants Reyes-Castillo and Perez-Manchame filed Motions for Joinder, (ECF Nos. 276,
7  286). The Government defers to the Court's discretion regarding whether to play the video
8  requested. (*See generally* Resp., ECF No. 293). Because it is the Court's standard practice to
9  play the Unconscious Bias Video, the Motion in Limine Requesting Unconscious Bias Video
10 Be Shown to Prospective Jurors and related Joinders are GRANTED.

11     Accordingly,

12     **IT IS HEREBY ORDERED** that Defendant Reyes-Castillo's Motion in Limine to Limit
13 the Number of Murder Scene Photos and Autopsy Photos, (ECF No. 254), and the Joinders
14 filed by Defendants Perez-Manchame and Figueroa-Torres, (ECF Nos. 256, 280), are **DENIED**
15 **without prejudice**.

16     **IT IS FURTHER ORDERED** that Defendant Reyes-Castillo's Motion in Limine
17 Regarding the Rule of Completeness, (ECF No. 255), and the Joinder filed by Defendant
18 Figueroa-Torres, (ECF No. 281), are **DENIED without prejudice**.

19     **IT IS FURTHER ORDERED** that Defendant Figueroa-Torres's Motion in Limine
20 Requesting Unconscious Bias Video Be Shown to Prospective Jurors, (ECF No. 265), and the
21 Joinders filed by Defendants Perez-Manchame and Reyes-Castillo, (ECF Nos. 276, 286), are
22 **GRANTED**.

23     Dated this __8__ day of April, 2025.

24

25                                              _____
                                             Gloria M. Navarro, District Judge
                                             United States District Court