LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
LAW OFFICE OF LISA RASMUSSEN
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135
Tel. (702) 327-7631
Email: Lisa@LRasmussenLaw.com

IVETTE AMELBURU MANINGO, ESQ.
**LAW OFFICES OF IVETTE AMELBURU MANINGO**
Nevada Bar No. 7076
400 S. Fourth St., Suite 500
Las Vegas, NV 89101
Telephone: (702) 793-4046
Email: Iamaningo@iamlawnv.com

*Attorneys for Defendant Alexander Figueroa-Torres*

LAW OFFICE OF LISA RASMUSSEN
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

*vs.*

ALEXANDER FIGUEROA-TORRES,

Defendant.

Case No. 2:19-cr-00103 GMN-MDC-5

**STIPULATION TO CONTINUE SENTENCING HEARING**

Come now the parties, the United States of America, by and through its counsel, Assistant United States Attorneys, Melanee Smith and Steven Rose; and Alexander Figueroa-Torres, by and through his counsel, Lisa Rasmussen and Ivette Maningo, and hereby stipulate as follows:

1. Mr. Figueroa-Torres requests additional time to review the presentence report and to utilize the informal objection process.

2. Mr. Figueroa-Torres would like to be sentenced contemporaneously to other similarly situated defendants in this matter.

3. Defense counsel have conferred with the government, and the government is not opposed to continuing Mr. Figueroa-Torres's sentencing hearing.

4. Mr. Figueroa-Torres requests that his sentencing be moved to a date in January 2027 and the government does not oppose this request.

IT IS SO STIPULATED.

Dated: October 27, 2026

LAW OFFICE OF LISA RASMUSSEN,

*/s/ Lisa A. Rasmussen*
Lisa A. Rasmussen, Esq.
Nevada Bar No. 007491

*Attorneys for Alexander Figueroa-Torres*

TODD BLANCH,

***/s/ Melanee Smith***

By: AUSA Melanee Smith

*Attorneys for the United States*

LAW OFFICE OF LISA RASMUSSEN
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135

**ORDER**

Upon the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing presently scheduled for November 9, 2026, in this matter shall be continued to the 12th day of January 2027, at 10:00 a.m..

Dated: October 27, 2026

The Honorable Gloria M. Navarro
United States District Judge